IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00655-D

**Moises Velasquez,** on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

**Salsa and Beer Restaurant, Inc.,** et al.,

    Defendants.

**Order**

    Before the court are Defendants' Motion to Stay Discovery, Motion to Quash Subpoena, and Motion for Protective Order. Defendants have shown good cause to stay discovery and their motion will be granted.

    Therefore, it is ordered that:

1.    Defendants' Motion to Stay Discovery (D.E. 39) is granted. All discovery in this action is stayed until June 1, 2017.

2.    The parties shall submit a proposed revised case management order to the court no later than June 16, 2017.

3.    Responses to all written discovery currently pending at the time of this order shall be served no later than June 30, 2017, absent an order from the court or an agreement of the parties setting another deadline.

4.    Defendants' Motion to Quash and Motion for Protective Order (D.E. 42) are denied as moot.

5.    Each party shall bear their own costs.

Dated: April 26, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge