IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-655-D

MOISES VELASQUEZ, on behalf of )
himself and all others similarly situated, )
)
                Plaintiff, )
)
v. )    **ORDER**
)
SALSAS AND BEER RESTAURANT, INC., )
SALSA AND BEER, INC., NOE PATINO, )
PATRICIA PATINO, DIONISIO PATINO, )
and ISMAEL PATINO, )
)
                Defendants. )

On March 29, 2018, plaintiff requested attorney's fees incurred in drafting plaintiff's motion to compel [D.E. 77] and filed a memorandum in support [D.E. 78]. Defendants did not respond. Plaintiff's motion [D.E. 77] is GRANTED. Defendants are liable to plaintiff for the reasonable expenses incurred in making the motion to compel, including attorney fees. Thus, defendants must pay the plaintiff's expenses in the amount of $2,699.82.

SO ORDERED. This 29 day of May 2018.

                                            JAMES C. DEVER III
                                            Chief United States District Judge