UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MOISES VELASQUEZ, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALSA AND BEER RESTAURANT, INC., )<br>SALSA AND BEER, INC., NOB PATINO, )<br>PATRICIA PATINO, DIONISIO PATINO, )<br>and ISMAEL PATINO )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-CV-655-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion for sanctions [D.E. 85] and STRIKES defendants' answer [D.E. 40]. The court awards a judgment against Salsa and Beer Restaurant, Inc., Salsa and Beer, Inc., Noe Patino, Patricia Patino, Dionisio Patino, and Ismael Patino jointly and severally in the amount of $368,983.13.

**This Judgment Filed and Entered on October 5, 2018, and Copies To:**

| | |
|---|---|
| Grant S. Mitchell | (via CM/ECF electronic notification) |
| Gilda A. Hernandez | (via CM/ECF electronic notification) |
| Michael B. Cohen | (via CM/ECF electronic notification) |
| Salsa and Beer Restaurant, Inc. | (Sent to 231 Skyland Shopping Ctr. Spring Lake, NC 28390 via US Mail) |

DATE:

October 5, 2018

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers
Deputy Clerk